UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLE ROGERS,

        Plaintiff,

   v.

GLENN RUST, et al.,

        Defendants.

No. 2:13-cv-1230 JAM CKD PS

ORDER

     Plaintiff is proceeding in this action pro se. Plaintiff has filed a one page complaint that is vague and ambiguous as to what claims plaintiff is making. Plaintiff has also attached to the complaint a copy of a grievance form from the Sacramento County Sheriff's Department. The complaint does not allege a basis for subject matter jurisdiction in this court. The federal courts are courts of limited jurisdiction. In the absence of a basis for federal jurisdiction, plaintiff's claims cannot proceed in this venue. Because there is no basis for federal subject matter jurisdiction evident in the complaint, plaintiff will be ordered to show cause why this action should not be dismissed. Failure to allege a proper basis for subject matter jurisdiction will result in a recommendation that the action be dismissed.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that no later than July 17, 2013, plaintiff shall show cause why this action should not be dismissed for lack of subject matter jurisdiction.

Dated:  June 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 rogers1230.nosmj