1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NICOLE ROGERS,                          No.  2:13-cv-1230 JAM CKD PS

12                Plaintiff,

13        v.                                 FINDINGS AND RECOMMENDATIONS

14   GLENN RUST, et al.,

15                Defendants.

16

17        Plaintiff is proceeding in this action pro se.  Plaintiff has filed a one page complaint that is

18   vague and ambiguous as to the claims plaintiff is alleging.  The complaint fails to set forth a basis

19   for subject matter jurisdiction.

20        By order filed June 27, 2013, plaintiff was ordered to show cause why this action should

21   not be dismissed for lack of subject matter jurisdiction.  Plaintiff has failed to respond to the order

22   to show cause.  There being no evident basis for subject matter jurisdiction, the court will

23   recommend that this action be dismissed.

24        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for lack of

25   subject matter jurisdiction.

26        These findings and recommendations are submitted to the United States District Judge

27   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28   after being served with these findings and recommendations, any party may file written

1

1   objections with the court and serve a copy on all parties.  Such a document should be captioned

2   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

3   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

4   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

5   Dated:  July 19, 2013

6                                                                    _____
                                                                    CAROLYN K. DELANEY
7                                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10  4 rogers1230.nosmj.57

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2